166 So. 799

## ALABAMA POWER CO. v. CITY OF TUSCUMBIA et al.

### 8 Div. 679.

Supreme Court of Alabama.

March 19, 1936.

Almon & Andrews, of Sheffield, and Martin, Turner & McWhorter, of Birmingham, for appellant.

Stockton Cooke, Jr., of Sheffield, and John E. Deloney, Jr., of Tuscumbia, for appellee.

KNIGHT, Justice.

This case was submitted, on motion and merits, along with the appeal in the case of the same appellant against the City of Sheffield et al., ante, p. 53, 166 So. 797, and upon the authority of the decision this day rendered in that case, and for the reasons there stated, the appeal in this case must be dismissed.

Appeal dismissed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.